ROBERT MALONEY, Appellant, *v.* LESTERSHIRE LUMBER AND Box COMPANY, Respondent.

*Maloney* v. *Lestershire Lumber & Box Co.*, 138 App. Div. 593, appeal dismissed.

(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1910, affirming a judgment of the Broome County Court in favor of plaintiff entered upon a verdict in an action to recover for goods sold and delivered.

The motion was made upon the ground that the Court of Appeals had no jurisdiction of the appeal, the action having been commenced in the City Court of Binghamton and permission to appeal not having been obtained.

*Charles H. Hitchcock* for motion.

*Frank L. Wooster* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on authority of *Sidwell* v. *Greig* (157 N. Y. 30).